# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

**19-9708**

**SECT. MMAG. 2**

Jason Jarrell Spikes

v.                    Case No.

William Burris

## Petition For A Writ Of Habeas Corpus Under 28 U.S.C. §2241

1. Jason Jarrell Spikes
   Jason Jarrell Hughes

2. Elayn Hunt Correctional Center
   P.O. Box 174  St. Gabriel, LA 70776
   537025

3. State authorities

4. Serving a sentence incarceration after having been convicted of a crime
   22nd District Courtroom  Franklinton, Louisiana
   16-CR6-129868
   June 26, 2017

TENDERED FOR FILING

APR 18 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

5. Pretrial detention
   Other: I'm having pending the charges of Att. Sec. Deg and P.W.I.D Cocaine with the 22nd Courtroom. Judge William Burris have start being over this matter on January 2019. He have started to conspire with the rest of my defendants by deprivated me out of my rights.

6. 22nd Judicial Court of LA.
#14CR8-126847
Rights of a person accused in criminal prosecutions.
January 2019 until April 10, 2019

7. Didn't File

8. Didn't File

9. Didn't File

10. Didn't File

11. Didn't File

12. Didn't File

13.          Ground One
1st, 6th, 8th and 14th Amendment
On February 20, 2019 I went to court and asked Judge William Burns can I speak orally to the courtroom and he said yes, but not at this moment. So, they called recess until Brian Missner, that was my attorney at the time, comed to talk to me. I was trying to tell the Court that Brian Missner wasn't hired by the Public-Defender Office it's a conflict of interest. The Public Defender Office supposed to have your lawyer. After, Brian Missner try to get me to plead out and I told him about the matter. He went and told the Court and they cancelled the Courtroom without me expressing my freedom of speech to tell him my rights are getting deprived.
No, I didn't Appeal

Ground Two

1st, 6th, 8th, and 14th Amendment

On April 10, 2019 they sent a Writ Of Habeas Corpus to Elayn Hunt Correctional Center to bring the body of Jason Spikes, which is me, to the 22nd District Court and they brought me. But they did not let me come inside of the Courtroom to express my 1 Amendment Freedom of Speech. They said my lawyer wasn't there, but plenty of people lawyer wasn't there. They don't want me too put what's going on with my case like how they are depriving me of my rights on State Court Recorder to orally file my own pro se motions. It is State of Louisiana vs. Jason Spikes not State of Louisiana vs. my lawyer. No, I didn't Appeal

15. Drop my pending charges or get them to answer my motions. Also, Civil, Criminally and Administrative liabilities on William Burris

Switch

14. No, they won't answer my motions so I can appeal

Declaration Under Penalty of Perjury
April 11, 2019

April 11, 2019                                     Jason Spikes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Jason Jarrell Spikes

vs.

William Burns

Civil Action No.

Section " " Mag " "

## Pleadings

Tittle 42 of U.S. Code Section 1983 - Civil Action for Deprivation of Civil Rights

Tittle 42 of U.S. Code Section 1985 - Conspiracy to Interfere with Civil Rights

Tittle 42 of U.S. Code Section 1981 - Equal Rights under the Law.

Tittle 18 of U.S. Code Section 242 - Criminal Liability for Deprivation of Civil Rights

Tittle 18 of U.S. Code Section 241 - Criminal Liability for Conspiracy to Deprive a Person of Rights

Tittle 18 of U.S. Code Section 245 - Violations of Federally Protected Activities

The Brady Rule on Disclosure of Evidence to the Accused

Judicial Review

Infliction of Mental or Emotional Distress

TENDERED FOR FILING
8
APR 18 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Ethnic Violation

4-10-2019

Jason Spikes

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel for record either in person or by mailing it postage prepaid on this 10th day of April, 2019
Jason Spikes

Clerk of Court,

I'm writing the court. I don't know how many copies is needed. If you need more then these one copies. You can make copies, and send take it out of the application to proceed in pauper status. Also, these cases consolidates with

Jason Jarrell Spikes            Civil Action
vs                              No. 19-2500
22nd District Courtroom         Section "M" Mg (2)



Jason Spikes
53025
Elayn Hunt Corr. Center
P.O. Box 174
St. Gabriel, LA 70776

United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130





Jason Jarrell Spikes
Elayn Hunt Corr. Center
6925 Highway 74
St. Gabriel, LA. 70776

United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA. 70130

