# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON JARRELL SPIKES | CIVIL ACTION |
| VERSUS | NO. 19-9708 |
| WILLIAM BURRIS | SECTION M (2) |

## ORDER TO SHOW CAUSE

On April 18, 2019, Plaintiff Jason Jarell Spikes filed the above-captioned civil action. By notice dated April 30, 2019, the Clerk of Court notified Plaintiff that his 28:2241 Petition for Writ of Habeas Corpus was deficient for failure to provide his petition on an approved form. (R. Doc. 3). Plaintiff was given the deadline of May 21, 2019 to remedy this deficiency. As of this date, the deficiency has not been cured.

In an effort to afford Plaintiff a final opportunity to respond, this Court orders that Plaintiff show good cause, in writing, why his case should not be dismissed, or correct the deficiency as detailed by the Clerk's prior notice within 21 days of this order. Failure to take either action will result in the dismissal of this case for failure to prosecute and adhere to a Court order.

New Orleans, Louisiana, this __10th__ day of June 2019.

**BARRY W. ASHE**
**UNITED STATES DISTRICT JUDGE**