UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON JARRELL SPIKES                                          CIVIL ACTION

VERSUS                                                        NO.   19-9708

WILLIAM BURRIS                                                SECTION: M (2)

## JUDGMENT

Pursuant to the Court's order, R. Doc. 8,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is hereby DISMISSED without prejudice for plaintiff's failure to prosecute and failure to adhere to the Court's order.

New Orleans, Louisiana, the 19th day of July 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE